IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY DEE GRAY,

    Petitioner,               No. CIV S-07-1513 FCD DAD P

    vs.

CLAUDE FINN, Warden,

    Respondent.             ORDER

_____/

        Petitioner, a state prisoner at Deuel Vocational Institution, is proceeding pro se and has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

        In this action, petitioner challenges the denial of parole by the California Board of Parole Hearings on May 20, 2006.  Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondent is directed to file a response to petitioner's application within thirty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer

/////

1

shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. See Rule 5, Fed. R. Governing § 2254 Cases;

    2. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

    3. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondent's reply, if any, shall be filed within fifteen days thereafter; and

    4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: August 13, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
gray1513.100