IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JEFFREY DEE GRAY,**<br><br>Petitioner,<br><br>v.<br><br>**CLAUDE FINN, Warden,**<br><br>Respondent. | 2:07-cv-01513-FCD-DAD (HC)<br><br>**ORDER** |

AFTER CONSIDERATION AND FOR GOOD CAUSE SHOWN, Respondent is hereby GRANTED an extension of time of thirty days, up to and including October 12, 2007, in which to file an answer to the Petition for Writ of Habeas Corpus.

DATED: September 17, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
gray1513.111ans