IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JEFFREY DEE GRAY,** | 2:07-cv-01513-FCD-DAD (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **CLAUDE FINN, Warden,** | |
| Respondent. | |

AFTER CONSIDERATION AND FOR GOOD CAUSE SHOWN, Respondent is hereby GRANTED a second extension of time of thirty days, up to and including November 12, 2007, in which to file an answer to the Petition for Writ of Habeas Corpus.

DATED: October 17, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
gray1513.Reot2