1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   Jeffrey Dee Gray,                          2:07-CV-01513-ATG

12              Petitioner,                      ORDER

13        vs.

14   Claude E. Finn,

15              Respondent.

16   _____/

17

18        Petitioner Jeffrey Dee Gray ("Petitioner") is a state prisoner proceeding pro se in a

19   habeas corpus action pursuant to 28 U.S.C. § 2254.  On April 28, 2010, this court dismissed his

20   petition for habeas corpus.  Petitioner filed a notice of appeal and requested a certificate of

21   appealability from this court.  Pursuant to 28 U.S.C. § 2253(c)(2), "[a] certificate of

22   appealability may issue . . . only if the applicant has made a substantial showing of the denial of a

23   constitutional right."  Petitioner has not shown that he was denied a constitutional right.

24   Therefore, he has failed to make the showing required to establish that he is entitled to a

25   certificate of appealability.

26   //

27   //

28   //

-1-

1    For these reasons, the Court declines to issue a certificate of appealability.  Any further

2  request for a certificate of appealability must be addressed to the Court of Appeals.  *See* Fed. R.

3  App. P. 22(b); Ninth Circuit R. 22-1.

4

5  Dated:  May 26, 2010

6                                                              /s/ Alfred T. Goodwin

7                                                              ALFRED T. GOODWIN
                                                               United States Circuit Judge
8                                                              Sitting by designation

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28