IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

Jeffrey Dee Gray,　　　　　　　　　　　2:07-CV-01513-ATG

　　　Petitioner,　　　　　　　　　　　ORDER

　　vs.

Claude E. Finn,

　　　Respondent.
_____/

　　　The petitioner's application to proceed in forma pauperis is GRANTED.


Dated: June 3, 2010

　　　　　　　　　　　　　　　　　　　　　/s/ Alfred T. Goodwin
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ALFRED T. GOODWIN
　　　　　　　　　　　　　　　　　　　　United States Circuit Judge
　　　　　　　　　　　　　　　　　　　　Sitting by designation